IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br><br>v.<br><br>LIFE PARTNERS HOLDINGS, INC., et al.,<br>Defendants. | § § § § § § § § § § | CIVIL ACTION NO. W-12-CA-00002 |

## ORDER

On this date, the Court, *sua sponte*, considers this case. Brian Pardo, a defendant in this civil action and a major stockholder in Life Partners, Inc., has been a close personal friend of the undersigned for several years. The nature of that friendship mandates recusal. The undersigned has conferred with Chief Judge Jones and Chief Judge Biery regarding transfer of this case. Accordingly, it is

**ORDERED** that the Clerk of the Court shall transfer this case to Senior U.S. District Judge James R. Nowlin of the Austin Division of the U.S. District Court for the Western District of Texas.

SIGNED this 11 day of January, 2012.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE